UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 24, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )       Case No. 2:18MJ00181-CKD-2
                                )
v.                              )       ORDER FOR RELEASE OF
                                )       PERSON IN CUSTODY
ISMAEL CALDWELL,                )
                                )
                 Defendant.     )
_____)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ISMAEL CALDWELL__ , Case No. _

__2:18MJ00181-CKD-2__ , Charge __18USC § 371.(f)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond $_____

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)        __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 24, 2018__ at __2:00 pm__ .


By   __/s/ Allison Claire/s/ Allison Claire__
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court