McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0181-CKD |
| Plaintiff, | MOTION TO DISMISS COMPLAINT |
| v. | [Fed. R. Crim. P. 48(a)] |
| LATRYELL JAMES CALDWELL, ISMAEL CALDWELL, SOMPHONG XAI VONGSUWAN, and TONY THATSANA, | |
| Defendants. | |

Plaintiff, United States of America, by and through its undersigned counsel, moves to dismiss without prejudice the criminal complaint against defendants Latryell James Caldwell, Ismael Caldwell, Somphong Xai Vongsuwan, and Tony Thatsana, filed on September 19, 2018. (Dkt. No. 1). This motion is made under Federal Rule of Criminal Procedure 48(a).

The complaint alleges that the defendants conspired to commit and committed various firearms offenses under Title 18 and Title 26 of the United States Code. (Dkt. No. 1 at 4 [Counts One through Seven].) The complaint also alleges that Latryell Caldwell and Ismael Caldwell distributed marijuana, in violation of Title 21, United States Code, Section 841(a)(1). (*Id.* [Count Eight].)

Defendants Latryell Caldwell, Ismael Caldwell, and Somphong Vongsuwan made their initial appearances on the complaint charges on September 21, 2018. (Dkt. No. 7.) Defendant Thatsana made

1 his initial appearance on September 25, 2018.  (Dkt. No. 15.)  Defendants L. Caldwell, Vongsuwan, and
2 Thatsana have been ordered detained pending trial and are currently in the custody of the United States
3 Marshals Service.  (Dkt. Nos. 7, 15.)  The preliminary hearing for all four defendants is set for Friday,
4 October 5, 2018.  (Dkt. Nos. 7, 15.)

5      In the interests of justice, the United States moves to dismiss without prejudice the criminal
6 complaint against defendants Latryell Caldwell, Ismael Caldwell, Somphong Vongsuwan, and Tony
7 Thatsana.  *See* Fed. R. Crim. P. 48(a).  The government further requests that the Court direct the Clerk
8 of the Court to close this case.

9      A proposed order dismissing the complaint and proposed release order will be filed separately.

10 Dated:  October 4, 2018　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

12 　　　　　　　　　　　　　　　　　　　　　By:  */s/ Timothy H. Delgado*_____
　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY H. DELGADO
13 　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney