McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0181-CKD |
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| LATRYELL JAMES CALDWELL, ISMAEL CALDWELL, SOMPHONG XAI VONGSUWAN, and TONY THATSANA, | |
| Defendants. | |

**ORDER**

The United States has moved to dismiss the criminal complaint against defendants Latryell James Caldwell, Ismael Caldwell, Somphong Xai Vongsuwan, and Tony Thatsana, filed on September 19, 2018. The Court, having reviewed the motion, finds that the motion is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court orders that the complaint be dismissed without prejudice. The Clerk of the Court is further directed to close this case.

SO ORDERED.

Dated: October 5, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER DISMISSING COMPLAINT